NOT PRECEDENTIAL

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
_____

No. 10-1026
_____

CAROL KARCHNAK,
                                        Appellant

v.

SWATARA TOWNSHIP; DAVID BOGDANOVIC;
JASON D. UMBERGER; COMMISSIONER RICCI
_____

On Appeal from the United States District Court
for the Middle District of Pennsylvania
D.C. Civil Action No. 07-cv-1405
(Honorable Sylvia H. Rambo)
_____

Submitted Pursuant to Third Circuit LAR 34.1(a)
January 14, 2011
Before:  BARRY, VANASKIE, and COWEN, *Circuit Judges*.
_____

ORDER AMENDING OPINION
_____

At the direction of the Court, the opinion filed August 2, 2011 shall be amended to

correct a typographical error.  It is noted that the first paragraph second sentence of the

opinion states that appellant's claims are raised pursuant to the Fourth and Fourteenth

Amendments rather than the First and Fourteenth Amendments.  Accordingly, it is hereby

ORDERED that the sentence is amended as follows:

She sued the Township and her superiors in the police department under 42 U.S.C. § 1983 for purported violations of her rights, while she was a police officer, under the First and Fourteenth Amendments.

For the Court,

*Marcia M. Waldron*

Marcia M. Waldron, Clerk
Date:  October 12, 2011